RECEIPT NUMBER
38/01

ORIGINAL
20

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **MQVP INC.,** | ) JUDGE : Edmunds, Nancy G. |
| | ) DECK  : S. Division Civil Deck |
| **Plaintiff,** | ) DATE  : 09/30/2005 @ 16:11:44 |
| | ) CASE NUMBER : 2:05CV73748 |
| v. | ) CMP MQVP INC V ROBERTS AUTO |
| | ) PARTS (SI) 1G |
| **Roberts Auto Parts,** | ) |
| | ) **Complaint** |
| **Defendant.** | ) **Jury Demand** |

_____/

MAGISTRATE JUDGE PEPE

Ronald E. McNulty (P35313)
Attorney for Plaintiff
725 Barclay Circle
Suite 215
Rochester Hills, MI 48307
248-853-2801
_____/

### COMPLAINT

NOW COMES Plaintiff, MQVP Inc., by and through its attorney, Ronald E. McNulty, and for its complaint states and pleads as follows:

### Nature of Complaint

1.      This is an action for trademark infringement wherein Roberts Auto Parts, an aftermarket automotive parts distributor, represents it sells and/or distributes MQVP® program parts and uses MQVP Inc.'s registered service mark without authorization. MQVP Inc., also brings causes of action under the Unfair Trade Practices Act. ((M.C.L.A. 445.903 et seq.), and violations of the common

## Parties and Jurisdiction

2. MQVP Inc., is a Michigan corporation with its principal place of business at 725 Barclay Circle, Suite 215, Rochester Hills, Michigan.

3. Upon information and belief, Roberts Auto Parts is a Rhode Island corporation with its principal place of business located at 500 Grand Street, Moffett, Oklahoma.

4. Upon information and belief, Roberts Auto Parts conducts business through inter-state commerce wherein it buys aftermarket parts, then sells those parts using the MQVP® mark.

5. The claims made in this complaint arise under the Lanham Act, 15 U.S.C § 1051, *et seq.* and Michigan common law. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §1333 (diversity jurisdiction), 28 U.S.C § 1331(federal question jurisdiction), 28 U.S.C. § 1338 (copyright and trademark jurisdiction), and 28 U.S.C. § 1367 (supplemental jurisdiction). Venue is proper pursuant to 28 U.S.C. § 1391.

## Factual Allegations Common to All Counts

6. MQVP Inc., maintains a registered service mark "MQVP®", issued December 18, 2001, representing a global supply chain quality assurance program known as the Manufactures' Qualification and Validation Program; U.S. Trademark Registration No. 2,519,998. A copy of this registration is attached as Exhibit A.

- 1 -

7. MQVP Inc., uses and displays the mark in its advertisements and materials to conduct business and promote the MQVP® program.

8. The MQVP® program is an aftermarket automobile parts quality assurance and distribution program.

9. MQVP® program participants include aftermarket part manufacturers, aftermarket part distributors and Insurance companies who execute a contract with MQVP Inc., and pay the requisite fees.

10. Only MQVP® program participants are authorized to use the MQVP® mark and only in accordance with the terms and conditions of their MQVP Inc., contract.

11. Aftermarket parts that qualify for the MQVP® program must be manufactured by MQVP® program manufactures who are QS-9000 registered at the location where the MQVP® program parts are manufactured and conform to specific requirements outlined in the MQVP® manual.

12. MQVP® program parts can only contractually be distributed from MQVP® program manufacturers to MQVP® program distributors.

13. Distributors seeking to participate in the MQVP® program must have an effective quality control system in place, actively working toward ISO 9000 registration and have created an ISO 9000 Implementation Plan acceptable to MQVP Inc.

14. MQVP® program parts can only contractually be sold by authorized MQVP® program distributors.

15. These requirements assure MQVP® approved program parts are fully traceable from raw material to the final part sold to collision repair shops.

16. When a part is manufactured and checked against specifications, quality aspects and characteristics, it is entered in to GOCERTS™ (Global On-Line Certification System) a web based application maintained by MQVP Inc., from which the final customer receives the complete quality certification, warranty and traceability for the product ordered.

17. It is the policy of MQVP Inc., not to permit any manufacturer or distributor to mark or label any part as MQVP®.

18. Upon information and belief, Roberts Auto Parts represents it has the capabilities to purchase MQVP® parts and distribute them to all of its customers.

19. Roberts Auto Parts represents it can get MQVP® parts from a MQVP® program distributor with distribution facilities in Michigan.

20. MQVP Inc., never authorized Roberts Auto Parts to use the mark "MQVP®", or any colorable imitation thereof, in any manner.

21. In a certified letter, dated September 13, 2005 MQVP Inc., informed Roberts Auto Parts that the MQVP® mark was owned by MQVP Inc., and any use or representation regarding the mark was unauthorized and in violation of federal and state laws. A copy of said letter is attached as Exhibit B.

22. Roberts Auto Parts continues to use the mark "MQVP®" as a word, term, name, symbol, or device, in commerce and in connection with its goods and services.

23. Roberts Auto Parts' use of the MQVP® mark is willful, deliberate, fraudulent, intentional and in bad faith, and was made with the knowledge and purpose of diluting the mark and MQVP Inc.'s interest in the mark and exploiting it for financial gain.

### Count I
### (False Designation)
### (15 U.S.C. § 1125(a))
### (15 U.S.C. § 1114)
### (Section 43(a) of the Lanham Trademark Act)

24. MQVP Inc., repeats and realleges all allegations in Paragraphs 1—23 as though fully re-written herein.

25. Roberts Auto Parts' use of the MQVP® mark is likely to cause confusion, mistake, or deceive consumers as to the affiliation, connection, or association, or as to the origin, sponsorship, or approval as to Roberts Auto Parts' goods, services, or commercial activities with those of MQVP Inc.'s.

26. As a direct result of Roberts Auto Parts' use of MQVP Inc.'s mark, MQVP Inc., has suffered substantial harm including, but not limited to, irreparable harm which cannot be remedied unless Roberts Auto Parts is enjoined from further use of the mark.

WHEREFORE, MQVP Inc., prays that this Honorable Court issue an Order and Judgment as follows:

a) That Roberts Auto Parts its partners, directors and officers, agents, servants, employees, and all other persons in active concert or privity or in participation with Roberts Auto Parts be enjoined from directly or indirectly using or referring to the MQVP® mark or any other marks of MQVP Inc., or any colorable imitation thereof, as part of any trademark, service mark or trade name, or in such a way as to likely cause confusion, mistake, or to deceive as to the affiliation, connection, or association of MQVP Inc., with Roberts Auto Parts or as to the origin, sponsorship, or approval of Roberts Auto Parts' goods, services, or commercial activities, with MQVP Inc.;

b) That Roberts Auto Parts be required to account to MQVP Inc., for all income and benefits received by Roberts Auto Parts from the use of the MQVP® mark, or colorable imitation thereof, and that Roberts Auto Parts be required to disgorge all such income;

c) That Roberts Auto Parts be required to deliver to MQVP Inc., at Roberts Auto Parts' sole expense, any and all goods or products which use or bear any mark belonging to MQVP Inc., or any colorable imitation thereof;

d) That Roberts Auto Parts pay MQVP Inc., all damages suffered by MQVP Inc., as a result of Roberts Auto Parts' violation of MQVP Inc.'s rights under section 32 of the Lanham Act;

e) That Roberts Auto Parts pay MQVP Inc., its costs and attorney fees, and all other damages available for violations of the Lanham Act, 15 U.S.C. §§ 1051, *et seq.*; and

f) Such other relief as this Honorable Court deems just.

## COUNT II
## (UNFAIR TRADE PRACTICES)
### (M.C.L.A. 445.903)

27.  MQVP Inc. repeats and realleges all allegations in Paragraphs 1-23 as though fully set herein.

28.  Roberts Auto Parts' conduct aforesaid has caused a probability of confusion or misunderstanding as to the source, sponsorship, approval, or certification of its goods or services.

29.  Though its conduct aforesaid, Roberts Auto Parts has deceptively represented that its goods or services have sponsorship, approval, or characteristics that they do not have.

30.  As a direct result of Roberts Auto Parts' violations, as aforesaid, MQVP Inc. has suffered substantial harm including, but not limited to, irreparable harm which cannot be remedied unless Roberts Auto Parts is enjoined from use of the service mark.

WHEREFORE, MQVP Inc. prays that this Honorable Court issue an Order and Judgment as follows:

(a) That Roberts Auto Parts, its partners, directors and officers, agents, servants, employees, and all other persons in active concert or privity or in participation with Roberts Auto Parts be enjoined from directly or indirectly using

the MQVP® mark or any other mark of MQVP Inc., or any colorable imitation thereof, as part of any trade mark, service mark, or trade name, or in any way likely to cause confusion, mistake, or to deceive as to the affiliation, connection, or association of Roberts Auto Parts with MQVP Inc., or as to the origin, sponsorship, or approval of Pacific Best Inc.'s services or commercial activities, by MQVP Inc.;

(b) That Roberts Auto Parts be required to account to MQVP Inc., for all income and benefits received by Roberts Auto Parts from the use of MQVP Inc.'s mark, or colorable imitation thereof, and that Roberts Auto Parts be required to disgorge all such income;

(c) That Roberts Auto Parts be required to deliver to MQVP Inc., at Roberts Auto Parts' sole expense, any and all goods or products which use or bear any mark to MQVP Inc.'s, or any colorable imitation thereof;

(d) That Roberts Auto Parts pay to MQVP Inc., its costs and attorney fees, and all other damages available for violation of the Unfair Trade Practices Act, M.C.L.A. §445.903, *et seq*; and

(e) Such other relief as this Honorable Court deems just.

## Count III
## (Common Law Unfair Competition)

31. MQVP Inc., repeats and realleges all allegations in Paragraphs 1—23 as though fully re-written herein.

32. Through continued and extensive use and advertising, the service mark "MQVP®" has become exclusively identified with MQVP Inc.

33. Roberts Auto Parts has wrongfully used and continues to wrongfully use the mark and/or colorable imitation thereof, in commerce, in connection with the sale, offering for sale, distribution, or advertising of its goods and services for purposes of deceiving the public, in violation of MQVP Inc.'s right under the common law of unfair competition. Roberts Auto Parts' conduct has caused and is likely to cause confusion, or to cause mistake, or to deceive consumers and the public.

34. Roberts Auto Parts' violation of MQVP Inc.'s rights in the mark is willful, deliberate, fraudulent, and intentional, and was made with the knowledge that such violation would damage MQVP Inc., and the mark.

35. As a direct result of Roberts Auto Parts' conduct, MQVP Inc., has suffered substantial harm including, but not limited to, irreparable harm which cannot be remedied unless Roberts Auto Parts is enjoined from use of the mark.

WHEREFORE, MQVP Inc., prays that this Honorable Court issue an Order and Judgment as follows:

   a) That Roberts Auto Parts its partners, directors and officers, agents, servants, employees, and all other persons in active concert or privity or in participation with Roberts Auto Parts be enjoined from directly or indirectly using or referring to the MQVP® mark or any other marks of MQVP Inc., or any colorable imitation thereof, as part of any trademark, service mark or trade name, or in such a way as to likely cause confusion, mistake, or to

deceive as to the affiliation, connection, or association of MQVP Inc., with Roberts Auto Parts or as to the origin, sponsorship, or approval of Roberts Auto Parts' goods, services, or commercial activities, with MQVP Inc.;

b) That Roberts Auto Parts be required to account to MQVP Inc., for all income and benefits received by Roberts Auto Parts from the use of the MQVP® mark, or colorable imitation thereof, and that Roberts Auto Parts be required to disgorge all such income;

c) That Roberts Auto Parts be required to deliver to MQVP Inc., at Roberts Auto Parts' sole expense, any and all goods or products which use or bear any mark belonging to MQVP Inc., or any colorable imitation thereof;

d) That Roberts Auto Parts pay MQVP Inc., all damages suffered by MQVP Inc., as a result of Roberts Auto Parts' violations of MQVP Inc.'s rights under the common law of unfair competition;

e) That Roberts Auto Parts pay MQVP Inc., its costs and attorney fees, and all other damages available for violations of the common law of unfair competition; and

f) Such other relief as this Honorable Court deems just.

## Count IV
### (Tortious Interference with contract and business expectancy)

36.     MQVP Inc., repeats and realleges all allegations in Paragraphs 1—23 as though fully re-written herein.

37. MQVP Inc., had contracts and/or business expectancies arising from its relationships with its authorized participants in the MQVP® program.

38. Roberts Auto Parts knew of MQVP Inc.'s contracts and/or business expectancies.

39. By intentionally and improperly holding itself out as an authorized MQVP® distributor, Roberts Auto Parts intentionally, improperly and in bad faith interfered with MQVP Inc.'s contracts and/or business expectancies.

40. Roberts Auto Parts knew or should have known that this conduct would harm MQVP Inc.

41. Roberts Auto Parts' actions and conduct were without justification.

WHEREFORE, MQVP Inc., prays that this Honorable Court issue an Order and Judgment as follows:

a) That Roberts Auto Parts its partners, directors and officers, agents, servants, employees, and all other persons in active concert or privity or in participation with Roberts Auto Parts be enjoined from directly or indirectly using or referring to the MQVP® mark or any other marks of MQVP Inc., or any colorable imitation thereof, as part of any trademark, service mark or trade name, or in such a way as to likely cause confusion, mistake, or to deceive as to the affiliation, connection, or association of MQVP Inc., with Roberts Auto Parts or as to the origin, sponsorship, or approval of Roberts Auto Parts' goods, services, or commercial activities, with MQVP Inc.;

b) That Roberts Auto Parts pay MQVP Inc., all damages suffered by MQVP Inc., from lost profits and business expectancies as a result of Roberts Auto Parts' interference with MQVP Inc.'s contractual and potential contractual relationships;

c) That Roberts Auto Parts pay MQVP Inc., its costs and attorney fees and all other compensatory and punitive damages available for the tortious interference with contracts and business expectancies under Michigan common law; and

d) Such other relief as this Honorable Court deems just.

## Count V
## (Conversion)

42. MQVP Inc., repeats and realleges all allegations in Paragraphs 1—23 as though fully re-written herein.

43. The service mark "MQVP®" is the personal property of MQVP Inc., and, at all times relevant, MQVP Inc., owned the mark.

44. MQVP Inc., never authorized Roberts Auto Parts to use the mark, or any colorable imitation thereof, in any manner contrary to MQVP Inc.'s right in the mark, Roberts Auto Parts has, by its conduct, intentionally, and in bad faith exerted acts of dominion over the mark.

45. Roberts Auto Parts aforesaid conduct was wrongfully, in denial of, and inconsistent with MQVP Inc.'s rights in the mark.

WHEREFORE, MQVP Inc., prays that this Honorable Court issue an Order and Judgment as follows:

a) That Roberts Auto Parts its partners, directors and officers, agents, servants, employees, and all other persons in active concert or privity or in participation with Roberts Auto Parts be enjoined from directly or indirectly using MQVP® or any mark of MQVP Inc., or any colorable imitation thereof, as part of any trade mark, service mark, or trade name, or in any way likely to cause confusion, mistake, or to deceive consumers or the public;

b) That Roberts Auto Parts be required to account to MQVP Inc., for all income and benefits received by Roberts Auto Parts from the use of MQVP Inc.'s mark, or colorable imitation thereof, and that Roberts Auto Parts be required to disgorge all such income;

c) That Roberts Auto Parts pay MQVP Inc., all damages suffered by MQVP Inc., as a result of Roberts Auto Parts tortuous conversion of MQVP Inc.'s mark;

d) That Roberts Auto Parts pay MQVP Inc., its costs and attorney fees, and all other compensatory and punitive damages available for the tort conversion under Michigan common law; and

e) Such other relief as this Honorable Court deems just.

### Count VI
### (Declaratory Judgment)

46.   MQVP Inc., repeats and realleges all allegations in Paragraphs 1—45 as though fully re-written herein.

47.     Based upon the forgoing, MQVP Inc., seeks this Court's declaration that the mark "MQVP®" is the property of MQVP inc., and Roberts Auto Parts' use thereof is a violation of the Lanham Act and Michigan common laws of Unfair Competition.

WHEREFORE, MQVP Inc., prays that this Honorable Court issue its Judgment, in favor of MQVP Inc., declaring its exclusive ownership in the mark ""MQVP®", together with what ever further relief the Court deems appropriate.

## JURY DEMAND

Plaintiff MQVP Inc., demands a trial by jury of all issues so triable with respect to MQVP Inc. Complaint.

Respectfully submitted,

*/s/ R. S.*

Ronald E. McNulty (P35313)
Corporate Counsel
MQVP Inc.
725 Barclay Circle, Suite 215
Rochester Hills, MI 48307
(248) 853-2801

Dated: September 30, 2005

- 13 -



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

June 17, 2004

THE ATTACHED U.S. TRADEMARK REGISTRATION 2,519,998 IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF 10 YEARS FROM  December 18, 2001

SAID RECORDS SHOW TITLE TO BE IN:
   MQVP, INC.
   A MICHIGAN CORPORATION

By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

P. SWAIN
Certifying Officer

**Exhibit A**

000

Int. Cl.: 35

Prior U.S. Cls.: 100, 101 and 102

Reg. No. 2,519,998

United States Patent and Trademark Office  Registered Dec. 18, 2001

## SERVICE MARK
## PRINCIPAL REGISTER

### MQVP

GLOBAL VALIDATORS INC. (MICHIGAN CORPORATION)
755 WEST BIG BEAVER ROAD, SUITE 125
TROY, MI 48084

FOR: CREATING AND MAINTAINING A REGISTRY OF MANUFACTURERS THAT VALIDATES THAT PARTS OR PRODUCTS MADE BY THE MANUFACTURERS MEET ESTABLISHED PART STANDARDS AND PRODUCT SPECIFICATIONS AND THAT THE MANUFACTURERS LISTED ARE REGISTERED IN AND FOLLOW ISO 9000, QS-9000, TS 16949 AND OTHER INDUSTRY STANDARDS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 10-11-2000; IN COMMERCE 10-11-2000.

SER. NO. 76-230,403, FILED 3-26-2001.

KIMBERLY FRYE, EXAMINING ATTORNEY

000037

 United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



Assignments on the Web > Trademark Query

# Trademark Assignment Assignee Details

**Assignee Name:** MQVP, INC.
**Total Assignments:** 1
**Assignment:** 1

Reel/Frame: 2731/0337   Received: 10/14/2003   Recorded: 10/14/2003   Pages: 5
Conveyance: CHANGE OF NAME

Assignor
1  GLOBAL VALIDATORS, INC.

Exec Dt: 07/31/2003
Entity Type: CORPORATION
Citizenship: NONE

Assignee
1  MQVP, INC.
   725 BARCLAY CIRCLE
   SUITE 215
   TROY, MICHIGAN 48307

Entity Type: CORPORATION
Citizenship: MICHIGAN

Properties

| Ser. # | Reg. # | Ser. # | Reg. # |
|---|---|---|---|
| 76230403 | 2519998 | 76230720 | 2745905 |

Correspondence name and address
  YOUNG & BASILE, PC
  WILLIAM M. HANLON, JR.
  3001 WEST BIG BEAVER ROAD
  SUITE 624
  TROY, MI 48084

If you have any comments or questions concerning the data displayed, contact OPR / Assignments at 703-308-9723

Search Results as of: 07/20/2004 01:55 PM

000040

http://assignments.uspto.gov/assignments/q?db=tm&asned=MQVP,%20INC.

7/20/2004



P.O. Box 219 / Troy, MI 48099 / (248) 853-2801 / Fax (248) 853-3117 / http://www.MQVP.com

September 13, 2005

Mr. Billy Roberts
President
Roberts Auto Salvage
500 Grand Street
Moffett, Oklahoma 74946

*Via U.S. Mail; Certified – Return Receipt*

**RE: CEASE AND DESIST**

Dear Mr. Roberts:

MQVP Inc., maintains an aftermarket parts quality assurance, monitoring and traceability program called "MQVP®". This program is identified by the registered service mark "MQVP®".

Any use of the mark without MQVP Inc.'s prior written consent is prohibited and a violation of state and federal trade mark law.

This letter is to inform you that if you are using the MQVP® mark, or making reference to it in any manner inconsistent with the law, you are hereby instructed to cease and desist such use to avoid further legal action.

Should you have any questions regarding the above or desire information as to the MQVP® program and how you may qualify to participate, please contact me at the number provided below.

Very truly yours,

Ronald E. McNulty
Corporate Counsel
MQVP Inc.
725 Barclay Circle, Ste 215
Rochester Hills, MI 48307
(248) 853-2801

REM/mak

**Exhibit B**

# CIVIL COVER SHEET

JS 44 (Rev. 11/04)

County in which this action arose **OAKLAND**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
MQVP INC.

## DEFENDANTS
ROBERTS AUTO PARTS

**05-73748**

(b) County of Residence of First Listed Plaintiff **OAKLAND**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant **SEYQUOYAH**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
RONALD E. McNULTY (P35313) (248)853-2801 Ext. 103
725 BARCLAY CIRCLE, SUITE 215, ROCHESTER HILLS, MI 48307

Attorneys (If Known)

**NANCY G. EDMUNDS**
**MAGISTRATE JUDGE PEPE**

## II. BASIS OF JURISDICTION (Select One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☑ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Select One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☑ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☑ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Select One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability | | PROPERTY RIGHTS | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | ☐ 650 Airline Regs. | ■ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 345 Marine Product Liability / PERSONAL PROPERTY | ☐ 660 Occupational Safety/Health | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | LABOR | SOCIAL SECURITY | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| REAL PROPERTY | CIVIL RIGHTS / PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | FEDERAL TAX SUITS | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / Habeas Corpus: | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty | | | |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | | | |
| | ☐ 555 Prison Condition | | | |
| | ☐ 440 Other Civil Rights | | | |

## V. ORIGIN (Select One Box Only)

- ☑ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 USC Sections 1125 and 1114
Brief description of cause:
TRADEMARK INFRINGEMENT

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ PRELIM INJUNCTION
CHECK YES only if demanded in complaint:
JURY DEMAND: ☑ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____ DOCKET NUMBER _____

DATE: September 30, 2005
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

...RSUANT TO LOCAL RULE 83.11

1. Is this a case that has been previously dismissed?  ☐ Yes  ☑ No

    If yes, give the following information:

    Court: _____

    Case No.: _____

    Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)  ☐ Yes  ☑ No

    If yes, give the following information:

    Court: _____

    Case No.: _____

    Judge: _____

Notes :